David Davidson, Esq. SBN 215969
ddavidson@ohaganmeyer.com
Alina Goncharova, Esq. SBN 329974
agoncharova@ohaganmeyer.com
**O'HAGAN MEYER LLP**
4695 MacArthur Ct., Suite 900
Newport Beach, CA 92660
Telephone: (949) 942-8500
Facsimile: (949) 942-8510

Attorneys for Defendant,
WALMART, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LIMA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., a Delaware corporation; DOE 1 (STORE MANAGER); and DOES 2-50, inclusive,<br><br>Defendants. | Case No. 1:24-cv-00947-KES-SKO<br><br>**JOINT STIPULATION RE DISCOVERY AND DEADLINES; ORDER STAYING CASE PENDING MEDIATION**<br><br>(Doc. 17) |

Plaintiff DONNA LIMA (hereinafter referred to as "Plaintiff") and Defendant WALMART, INC. (hereinafter referred to as "Defendant") by and through their respective attorneys of record, hereby stipulate as follows:

1. This is personal injury case arising from an incident involving Plaintiff that occurred at a Walmart store located at 3055 Loughborough Dr., Merced, CA 95348 on April 2, 2022.

2. Plaintiff, by and through counsel, filed her personal injury action with the Merced Superior Court, California on March 19, 2024.

3. Defendant removed Plaintiff's action to the Eastern District of California thereafter on

1

**JOINT STIPULATION RE DISCOVERY AND DEADLINES; ORDER STAYING CASE**

August 14, 2024 after Plaintiff served her Statement of Damages indicating that the amount in controversy is over $75,000.

4. On December 19, 2024 the Court issued a Scheduling Order setting the following deadlines: **Non Expert Discovery Deadline: May 20, 2026; Deadline for Initial Designation of Expert Witnesses: May 22, 2026; Deadline for Designation of Rebuttal Expert Witnesses: July 9, 2026**; **Expert Discovery Cut-Off: July 30, 2026;** Deadline to File Non-Dispositive Motions: July 31, 2026; Deadline to File Dispositive Motions: August 28, 2026; Deadline to Provide Proposed Settlement Conference Dates: December 18, 2026; Pre-Trial Conference: January 25, 2027; Jury Trial: March 23, 2027.

5. Plaintiff's deposition was completed on March 3, 2026. Walmart experienced delays in taking Plaintiff's deposition due to having issue with a vendor on obtaining relevant medical records through subpoenas. This issue is now resolved.

6. The parties have agreed to mediate the matter with Judge Peter D. Lichtman and have set mediation to take place on May 7, 2026 based on Judge Lichtman's availability.

7. Plaintiff alleges injuries to her right knee and elbow from the incident.

8. The parties have agreed to continue the discovery cutoff deadlines and expert disclosure deadlines in order to allow for the parties to meaningfully mediate the matter and focus on resolution.

9. The parties have agreed and would like to request the Court to continue the following deadline: **(All) Discovery Cutoff Deadline: July 30, 2026; Deadline for Initial Designation of Expert Witnesses: July 1, 2026; Deadline for Rebuttal of Expert Witnesses: July 15, 2026;** Deadline to File Dispositive Motions and Daubert Motions, pretrial conference, and jury trial dates shall stay the same.

DATED: April 16, 2026          **DOWNTOWN L.A. LAW GROUP**

By: _____

Peter N. Hakim, Esq.
Attorneys for Plaintiff,
DONNA LIMA

2

**JOINT STIPULATION RE DISCOVERY AND DEADLINES; ORDER STAYING CASE**

DATED:  April 16, 2026                    **O'HAGAN MEYER**

By:  _____

David Davidson
Alina Goncharova
Attorneys for Defendant,
WALMART, INC.


**ORDER**

The Court, having considered the Parties' Stipulation, (Doc. 17), and good cause appearing, HEREBY ORDERS as follows:

1.    This litigation is STAYED pending the conclusion of mediation.

2.    The dates set forth in the scheduling order, (*see* Doc. 15), are VACATED.

3.    Within seven (7) days of the conclusion or cancellation of the mediation, the parties SHALL file either a (1) Notice of Settlement or (2) Joint Status Report, at which point the case schedule shall be re-set if appropriate.

IT IS SO ORDERED.

Dated:  **April 16, 2026**            /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE

**JOINT STIPULATION RE DISCOVERY AND DEADLINES; ORDER STAYING CASE**